**Electronically Filed
Supreme Court
SCWC-16-0000602
20-MAY-2020
09:41 AM**

SCWC-16-0000602

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ADELINE N. PORTER,
Petitioner/Claimant-Appellant,

vs.

THE QUEEN'S MEDICAL CENTER,
Respondent/Employer-Appellee, Self-Insured.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000602; CASE NO. AB2012-438 (2-02-15470, 2-02-14444,
2-02-14445, 2-02-15471, 2-10-07337))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ochiai, in place of Pollack, J., recused)

Petitioner/Claimant-Appellant Adeline N. Porter's application for writ of certiorari filed on April 13, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, May 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Dean E. Ochiai

